# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0548
Lower Tribunal No. F17-7777B
_____

**Guaroa Zarzuela,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Guaroa Zarzuela, in proper person.

James Uthmeier, Attorney General, for appellee.

Before GORDO, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.